**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

HUSSEIN MOHAMED NUR,

Petitioner,

v.

Case No. 1:26-cv-01190-MIS-KRS

RAY CARNES, Warden of the Torrance County Detention Center; TODD M. LYONS, Acting Director of Immigration and Customs Enforcement; MARKWAYNE MULLIN, Secretary of the U.S. Department of Homeland Security; TODD BLANCHE, Acting Attorney General of the United States; and MARY DE ANDA-YBARRA, Field Office Director of the El Paso Field Office of Enforcement and Removal Operations, U.S. Immigration and Customs Enforcement,

Respondents.

# FINAL JUDGMENT

Pursuant to Federal Rule of Civil Procedure 58(a), and consistent with the Court's Order Granting Petition for Writ of Habeas Corpus entered contemporaneously herewith, Final Judgment is hereby entered in favor of Petitioner Hussein Mohamed Nur and against Respondents Ray Carnes, Mary De Anda-Ybarra, Todd Lyons, Markwayne Mullin, and Todd Blanche.

Margaret Strickland

**MARGARET STRICKLAND**
UNITED STATES DISTRICT JUDGE